IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DARRELL PUTNAM, | § | |
| | § | No. 714, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Kent County |
| | § | Cr. ID 1308008865 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 25, 2015
Decided: March 27, 2015

**O R D E R**

This 27th day of March 2015, it appears to the Court that, on March 10, 2015, the Chief Deputy Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief and appendix in this matter. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice